### 14008.  WILBURN v. THE STATE.

LUKE, J.  The single special ground of the motion for a new trial, complaining of the rejection of certain proffered testimony, is without substantial merit; and this court being unable to say, under the particular facts of the case, that there was no evidence to support the verdict of guilty, which has the approval of the trial judge, the judgment overruling the motion for a new trial is

*Affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 13, 1922.

Conviction of assault with intent to murder; from Wilkes superior court — Judge Shurley.  September 20, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

### 14013.  McLENDON v. THE STATE.

BROYLES, C. J.  The defendant made no statement to the jury and introduced no evidence.  The testimony introduced by the State demanded the verdict, and the court did not err in not charging upon the law of circumstantial evidence.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 13, 1922.

Indictment for manufacture of liquor; from Wilkes superior court — Judge Shurley.  September 23, 1922.

*Hugh E. Combs, Colley & Colley,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.